LEON OLSZEWSKI and Another, Appellants, v. ANDREW KOLINSKI,

Respondent, and Others, Defendants.— Order modified so as to permit the plaintiffs to plead over on payment of costs; and as so modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred. Order to be settled before the Presiding Justice.